UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIEMER ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV380 RWS |
| | ) |
| GREEN VALLEY TURF FARM, LLC, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the motion for an extension of time to complete mediation [#47] is granted, and the referral of this matter to alternative dispute resolution shall terminate on **November 15, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2007.